# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

135316

FRANK MATHIS,
        Plaintiff-Appellant,

v

MICHIGAN DEPARTMENT
OF CORRECTIONS,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135316
COA: 277686

On order of the Court, the application for leave to appeal the October 15, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

_____
Clerk

t0319